denied. *Aram K. Berberian,* for petitioner. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, for respondent.

M. P. No. 1928. GEORGETTE RAWLINSON *d/b/a Rabbits Habbit v.* DEEB G. SARKAS, *Liquor Control Administrator et al.* Petition for writ of certiorari denied. *Charles A. Curran,* for petitioner. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, for respondent.

M. P. No. 1957. STATE *ex rel.* CITY OF PROVIDENCE *v.* JOSEPH WALSH. Petition for writ of certiorari denied. *Joseph Walsh,* petitioner, pro se.

M. P. No. 1961. SANFORD GOLD *v.* ZONING BOARD OF REVIEW OF EAST PROVIDENCE. Petition for writ of certiorari denied. *Pucci, Zito & Goldin, Samuel A. Olevson,* for petitioner. *Donald A. McDonald,* City Solicitor, *Joseph T. Little,* Asst. City Solicitor, for respondent.

M. P. No. 1966. WILLIAM MURPHY *et al. v.* FRANCIS A. HOWARD, *Warden.* Respondent directed to file answer to petition for habeas corpus for the purpose of admitting petitioner to bail and therein to *show cause,* if any, why the writ should not issue as prayed, said answer to comply with the provisions of Rule 14. *Stephen Fortunato; Robert M. Napolitano,* Portland, Maine, *Harvey Brower,* Swampscott, Massachusetts, for petitioners. *Richard J. Israel,* Attorney General, for respondent.

M. P. No. 1968. LUTZ ENGINEERING CO., INC. *v.* STERLING ENGINEERING & CONSTRUCTION CO., INC. The question of ancillary proceedings in an arbitration matter is an important one which will affect many cases that are likely to arise and, for that reason, petition for certiorari is granted. Parties are directed to brief and argue only the question of whether or not discovery lies by complaint in Superior Court after arbitration proceedings have been instituted. *Abedon & Visconti, Girard R. Vis-*